IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                          PLAINTIFF

v.                      No. 3:15-cv-151-DPM

VINCE YOUNG; and
VINCE YOUNG FARMS                                               DEFENDANTS

### ORDER

Status report, № 10, noted and appreciated. Next status report due by 6 January 2017. The case will remain stayed and administratively terminated until then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

 8 July 2016