# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                    PLAINTIFF

v.                         No. 3:15-cv-151-DPM

VINCE YOUNG; and
VINCE YOUNG FARMS                                         DEFENDANTS

### ORDER

Status report, № 12, noted and appreciated. Next status report due by 6 July 2017. The case will remain stayed and administratively terminated until then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017