## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HELENA CHEMICAL COMPANY                                    PLAINTIFF

v.                          No. 3:15-cv-151-DPM

VINCE YOUNG and
VINCE YOUNG FARMS                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017